AO 91 (Rev 12/03)  Criminal Complaint

# United States District Court

### Western       DISTRICT OF       Texas

FILED

DEC 2 9 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

UNITED STATES OF AMERICA

V.

**Heriberto DURAN-Perez**

**CRIMINAL COMPLAINT**

(Name and Address of Defendant)

CASE NUMBER: 08-m-7161 G

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about December 24, 2008, in El Paso county, in the Western  District of Texas defendant did,
knowingly, and in  reckless diregard of the fact that an alien has not received prior official authorization to come to, enter, or reside in the United States, brought to and attempted to bring to the United States in any manner whatsoever such alien, regardless of any official action which may later be taken with respect to such alien, for the purpose of commercial advantage or private financial gain,

in violation of Title 8 United States Code, Section(s) 1324 (a)(2) and (a)(2)(B)(ii).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached and made a part of this complaint: ☐Yes    ☐ No

_____
Signature of Complainant

Michael Law
ICE Senior Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 29, 2008
Date

At    El Paso,              Texas
      City                  State

Norbert Garney          United States Magistrate Judge
Name of Judge               Title of Judge            Signature of Judge

## AFFIDAVIT

On December 23, 2008 at approximately 2015 hours Border Patrol Agent Raudel Pena-Trejo observed movement on the south side of the Croom storm drain located on the north Rio Grande River bank. When Agent Pena-Trejo responded to the south end of the Croom storm drain he observed muddy footprints leading into the drain. Agent Pena-Trejo advised Border Patrol Agents via government radio of the situation and responded to the north end of the Croom storm drain that is located near the intersection of Springfield and Waterview Streets in El Paso, Texas. Agent Pena-Trejo arrived to the above named location and encountered several individuals just outside the storm drain.

A total of 13 subjects were arrested out of the Croom storm drain entry. After interviewing all subjects, two material witnesses were willing to give sworn statements and identify a principal subject as the smuggler. Principal subject DURAN-Perez, Heriberto was identified as the smuggler who led all subjects into the Croom storm drain tunnel and into the United States.

Material Witness 1 (Mat Wit 1) issued a sworn statement to Supervisory Border Patrol Agent Gilbert Carpio III. In the sworn statement Mat Wit 1 stated the following. He and his brother-in-law were picked up by a group of individuals in Juarez, Mexico at a house that they had been waiting at. He and his brother-in-law were instructed to get into a van by this group of individuals that were going to guide them across the river into the United States. They were then taken to a tunnel that was located on the north river bank of the Rio Grande River. Mat Wit 1 further stated that only one of the guides led the group through the tunnel as the others stayed behind after assisting with the opening of the tunnel entrance. Mat Wit 1 claimed the guide who led them into the tunnel was wearing a black sweatshirt with a hood. Agent Carpio furnished pictures of all other subjects arrested in the group and Mat Wit 1 positively identified Heriberto DURAN-Perez as one of the guides that picked up the group at the house and was subsequently left in charge once he led the group into the tunnel.

Material Witness 2 ( Mat Wit 2) issued a sworn statement to Border Patrol Agent Adrian Perez. In the sworn statement Mat Wit 2 stated the following: Mat Wit 2 was picked up at the Juarez bus station by a woman and taken to a house at an unknown location in Juarez, Mexico. Mat Wit 2 was instructed by the female to wait at the house and another smuggler would pick them up and smuggle them across into the United States. Mat Wit 2 was at the house for about a day when a man entered the house and ordered them to get into a van. Once in the van they were instructed listen to instructions while being smuggled across. The group was informed that they would enter through a tunnel. Once at the tunnel location they exited the van and walked towards the tunnel. The group numbered approximately 15 with one smuggler entering the tunnel leading the way as the other smugglers assisted with the opening of the tunnel. Agent Perez furnished photos of all of the individuals arrested in the group. Mat Wit 2 positively identified Heriberto DURAN-Perez as the smuggler who instructed the group to follow him once they exited the van and then led them into the tunnel. Immigration and Customs Enforcement (ICE)

Special Agents (SA) Jesus Carrillo and Nathan Spisak and Senior Special Agent (SSA) Michael Law arrived at the Paso Del Norte Border Patrol Processing Station and began an investigation. SA Carrillo read Heriberto DURAN-Perez his rights in the presence of Senior Border Patrol Agent John Urquidi. Heriberto DURAN-Perez stated he understood his rights and signed the form and agreed to make a statement without the presence of an attorney. Heriberto DURAN-Perez stated he made arrangements in Cd. Juarez, Chihuahua, Mexico to bring the group of undocumented aliens into the United States. Heriberto DURAN-Perez guided the group across the Rio Grande River and into a tunnel on the south bank of the river. Heriberto DURAN-Perez was to take the group to a convenience store and have the aliens make a phone call to be picked up. Heriberto DURAN-Perez was then going to go back to Mexico. Heriberto DURAN-Perez admitted that he was going to be paid $800.00 (USD) upon returning to Mexico for guiding the undocumented aliens into the United States. Heriberto DURAN-Perez also provided a written statement regarding his involvement in the smuggling scheme.

Assistant United States Attorney Kenneth Kaplin authorized federal prosecution of Heriberto DURAN-Perez.

I make this affidavit on the basis of my personal knowledge, as well as the basis of information furnished to me by other law enforcement officers.


SSA Michael Law, Case Agent